

May 10, 2021

*Via CMECF*

Honorable Magistrate Judge Anne Y. Shields
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  ***Becker v. State Farm Fire & Casualty Co***., 20 cv 06023 (GRB-AYS)

Dear Judge Shields:

I write, as incoming counsel to Gregg Becker, in relation to a conference scheduled in the above-referenced matter for tomorrow, May 11, 2021, at 11:30 am.  Mr. Becker's former counsel and I have now executed and filed a Consent to Change Attorney.  Former counsel Brian Giehl and I have discussed his pending motion to withdraw and it is our understanding that this substitution renders that motion moot.

Because the conference was intended to address Mr. Giehl's motion, we ask that the Court advise whether the conference tomorrow should proceed.

Thank you for your consideration in this matter.

Respectfully,

*s/Maranda Fritz*

Maranda E. Fritz