# BENNETT, BRICKLIN & SALTZBURG LLC

ATTORNEYS AT LAW
40 WALL STREET | SUITE 1002
NEW YORK, NY 10005
PHONE: (212) 776-4925 | FAX: (212) 269-2160

DIRECT DIAL: (973) 888-2074
WWW.BBS-LAW.COM                                       EMAIL: Joseph.Dedonato@bbs-law.com

December 3, 2021

**VIA ECF**
Chambers of the Honorable James Wicks, U.S.M.J.
United States District Court
Eastern District of New York
225 Camden Plaza East
Brooklyn, NY  11201

Attention:  Ms. Grisel Ortiz

RE:    **GREGG M. BECKER v. STATE FARM FIRE AND CASUALTY CO.**
Case No.        2:20-cv-6023-GRB-JMW
Conference:    December 6, 2021 at 10:30 a.m.
File No.        40-120869

Dear Ms. Ortiz:

Please be advised that I represent defendant State Farm Fire And Casualty Company ("SF&C") with regard to the above matter. Thank you for advising that the Status Conference before Magistrate Wicks was adjourned from Friday, December 3, 2021 to Monday, December 6, 2021 at 10:30 a.m.  Unfortunately, I am scheduled for a conference before The Honorable James Clark, U.S.M.J., in the matter of Atain Specialty Insurance Company v. A&A Construction, et al., United States District Court for the District of New Jersey, Case No. 2:21-cv-2240-WJM-MF, at that exact date and time.  I respectfully inquire if Magistrate Wicks has availability either before 10:30 a.m.  or after that hour on December 6, 2021 to proceed with the Status Conference.  As Magistrate Clark had set his conference date several months back, I respectfully inquire if there is another time available on December 6.

Thank you for your kind consideration of the above.

Respectfully,

*Joseph DeDonato*
JOSEPH DeDONATO

JDD/lmf
cc:    Maranda Fritz, Esq. (Via ECF)

PHILADELPHIA, PA | BLUE BELL, PA | LANCASTER, PA | PITTSBURGH, PA | WEST CHESTER, PA | MARLTON, NJ | NEW YORK, NY