August 8, 2023


Magistrate Judge James M. Wicks
United States District Court Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722


RE:     ***Gregg M. Becker v. State Farm Fire and Casualty Company***
        Case No. 2:20-cv-6023-GRB-JMW

Dear Magistrate Judge Wicks:

We write in accordance with the Court's Order of even date to advise the Court that Plaintiff and Ms. Fritz were indeed provided copies of the undersigned August 3, 2023 Letter to Judge Azrack seeking permission to withdraw as counsel of record ("August 3 Letter"), which included a copy of Docket 82, stamped by the Court's ECF system as filed, at 6:03pm on August 3, 20223.  This notification was sent from the undersigned's email to the email addresses that have been used by Plaintiff and Ms. Fritz throughout this case:  gmb975@gmail.com and maranda@fritzpc.com and included the Re: "Filed Letter to Judge Azrack Withdrawal as Counsel of Record" and the following message:  "Please see the attached filed with the EDNY, Docket 82.  Once the Judge has issued a decision related to the withdrawal, I will forward you a copy for your file." *See*, Exhibit A, Brazzano Email to Plaintiff and Ms. Fritz, with accompanying attachment, Docket 82, August 3 Letter.

As such, Plaintiff's offer to the *Pro Se Office* that he was not provided a copy of the August 3, 2023 Letter, Docket 82, is inaccurate.

We respectfully request that the Court allow the undersigned to advise the Court *in camera* of the underlying conduct and communications that resulted in the August 3 Letter seeking permission to withdrawal.  We have requested permission from counsel for Defendant, State Farm Fire and Casualty Company, Joseph DeDonato, Esq., and he has advised that he has no objection to such *in camera ex parte* communication with the Court concerning the facts and circumstances that required submission of the August 3 Letter.

We will file the Proof of Service pursuant to the Court's August 8, 2023 Order under separate entry.


Respectfully submitted,

/s/ Rebecca Brazzano
Rebecca Brazzano

Magistrate Judge James M. Wicks
August 8, 2023
Page 2

cc:     Counsel of Record VIA ECF
        Mr. Gregg M. Becker via email: gmb975@gmail.com

BRAZZANO LAW

Rebecca Brazzano, Esq. • Brazzano Law PLLC • 43 West 43rd Street Ste 264 New York NY 10036 • 561 685 3812

# EXHIBIT A

**From:** Rebecca Brazzano
**Sent:** Thursday, August 3, 2023 6:03 PM
**To:** gmb975@gmail.com; Maranda Fritz
**Subject:** Filed Letter to Judge Azrack Withdrawal as Counsel of Record

Please see the attached filed with the EDNY, Docket 82.  Once the Judge has issued a decision related to the withdrawal, I will forward you a copy for your file.

**Cheers,**
**Rebecca Brazzano**
**Phone:** 561-685-3812
**Web:** www.BrazzanoLaw.com
**Email:** rbrazzano@brazzanolaw.com
43 W 43rd Street Suite 264 NY NY 10036



The information transmitted in this email is considered attorney privileged and confidential and is intended only for the use of the individual or entity named.  If you are not the intended recipient, you should be aware that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and permanently delete this email.

August 3, 2023

Honorable Joan M. Azrack,
   United States District Court Judge
United States District Court,
Eastern District of New York
Long Island Courthouse
100 Federal Plaza, Courtroom 920
Central Islip, NY 11722

RE:     ***Gregg M. Becker v. State Farm Fire and Casualty Company***
        Case No. 2:20-cv-6023-JMA-JMW

Dear Judge Azrack:

We currently represent the plaintiff, Gregg M. Becker, and write respectfully seeking the Court's permission to withdraw as counsel for the Plaintiff due to an irreparable breakdown in the attorney-client relationship. Maranda Fritz, P.C. remains current counsel of record. It is important to note that Brian Giehl, Esq., and David A. Antwork, Esq., both of whom previously represented the Plaintiff, have also withdrawn their representations due to similar reasons.

In order to protect the confidentiality of attorney-client communications and to ensure fairness to the Plaintiff, I kindly request an in camera appearance or teleconference, if necessary, to provide the Court with a comprehensive explanation of the facts and circumstances that have led to this irreconcilable breakdown. I want to emphasize that this is not a fee dispute. Instead, the underlying issue lies in the Plaintiff's conduct, which has made it impractical and entirely unreasonable for Brazzano Law PLLC to fulfill its duties effectively in accordance with the rules of professional conduct, including NY CLS Rules Prof Conduct R 1.16 (c)(4) ("the client insists upon taking action with which the lawyer has a fundamental disagreement") and (7)("the client fails to cooperate in the representation or otherwise renders the representation unreasonably difficult for the lawyer to carry out employment effectively"). This includes irreconcilable differences between counsel and client concerning his continued failure to cooperate and communicate in a professional manner with counsel during the course of this matter.

I respectfully request the Court's approval for my withdrawal as counsel for the Plaintiff. A stay of proceedings is not necessary a Ms. Fritz remains as counsel of record and Defendant's Motion for Summary Judgment is fully submitted, under the Court's Bundling Rule.

Thank you for your consideration in addressing this matter.

Respectfully submitted,
/s/ Rebecca Brazzano
Rebecca Brazzano


cc: Counsel of Record VIA ECF

Rebecca Brazzano, Esq. • Brazzano Law PLLC • 43 West 43rd Street Ste 264 New York NY 10036 • 561 685 3812